Serial: **231658**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 89-R-99001-SCT

**FILED**

*IN RE: THE RULES OF CIVIL PROCEDURE*

MAY 06 2020

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

## CORRECTED EN BANC ORDER

Before the en banc Court is the Motion to Amend M.R.C.P. 71A (Motion No. 2019-4627), filed by the Advisory Committee on Rules.

After due consideration, we find that the motion should be granted.

IT IS THEREFORE ORDERED that the Motion to Amend M.R.C.P. 71A is granted. Rule 71A is amended as set forth in the attached Exhibit A. The amendment shall be effective on July 1, 2020.

IT IS FURTHER ORDERED that the Clerk of this Court must spread this order upon the minutes of the Court and send a certified copy to West Publishing Company for publication in the advance sheets of *Southern Reporter, Third Series (Mississippi Edition)*, and in the next edition of the *Mississippi Rules of Court.*

SO ORDERED, this the ___6___ day of May, 2020.

_____
MICHAEL K. RANDOLPH,
CHIEF JUSTICE
FOR THE COURT

ALL JUSTICES AGREE.

## RULE 71A. EMINENT DOMAIN ~~[RESERVED]~~ [OMITTED]